USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/18/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN CURTIS RICE,

        Plaintiff,

v.

COINTELEGRAPH MEDIA USA INC.,

        Defendant.

No. 19-CV-5648 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 1, 2019, the Clerk of Court entered a certificate of default. If Plaintiff intends to move for default judgment, he shall do so by December 2, 2019.

SO ORDERED.

Dated: November 18, 2019
       New York, New York

Ronnie Abrams
United States District Judge